UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
  Plaintiff

   v.

              Case No.  10-cr-147-01-SM

<u>Phillip Yee</u>,
  Defendant

<u>O R D E R</u>

Defendant Yee's motion to continue the final pretrial conference and trial is granted (document no. 16). Trial has been rescheduled for the month of February 2011. Defendant Yee has filed a Waiver of Speedy Trial.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for February 3, 2011 at 2:30 p.m.

Jury selection will take place on February 15, 2011 at 9:30 a.m.

SO ORDERED.

*Steven J. McAuliffe*
Chief Judge

November 24, 2010

cc:   Phillip Utter, Esq.
    Terry Ollila, AUSA
    U.S. Marshal
    U.S. Probation